IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ARTHUR P. MOORE, JR., )
)
      Petitioner, )
)   1:06CV00019
v. )   1:98CR93-3
)
UNITED STATES OF AMERICA, )
)
      Respondent. )

## O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on January 9, 2006, was served on the parties in this action. Petitioner objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Petitioner's "Rule 60(b)" motion [Pleading No. 1] be construed as an attempt by Petitioner to file a second or successive § 2255 action and that this action be dismissed without prejudice due to Petitioner's failure to obtain certification from the Fourth Circuit as required by 28 U.S.C. §§ 2244 and 2255 and Fourth

Circuit Local Rule 22(d). A judgment dismissing this action will be entered contemporaneously with this Order.

_____
United States District Judge

Date: May 4, 2006