# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ARTHUR PAUL MOORE, JR.,       )<br>                               )<br>     Petitioner,              )<br>                               )<br>     v.                        )<br>                               )<br>UNITED STATES OF AMERICA,      )<br>                               )<br>     Respondent.              ) | 1:07CV388<br>1:98CR93-3 |

## RECOMMENDATION AND ORDER
## OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a federal prisoner, has submitted a request that the Court consider reducing his sentence. He cites to nothing that would give the Court the power to grant it. As grounds for the request, he sets out his admirable educational achievements during his incarceration and states that the motion should be granted because federal sentencing guidelines are no longer mandatory. This latter basis is an apparent reference to United States v. Booker, 543 U.S. 220 (2005). Because Petitioner seeks to benefit from a change in sentencing laws, the Court construes his submission as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.[1]

Unfortunately, this motion cannot be further processed because court records reveal that Petitioner has previously attacked the same conviction and sentence in a § 2255 motion

---

[1] The Court knows of no other possible basis for the motion.

(1:01CV680). Consequently, Petitioner must move in the Fourth Circuit Court of Appeals for an order authorizing this district court to consider the current motion. This is required by 28 U.S.C. § 2255 and 28 U.S.C. § 2244. See AO 243 (MDNC 3/97), Instructions, ¶ (4), which is enclosed. Because of this pleading failure, this particular motion should be filed and then dismissed.

**IT IS THEREFORE RECOMMENDED** that this action be filed and then dismissed sua sponte for failure to obtain certification for this § 2255 application by filing a Motion for Authorization in the court of appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

**IT IS THEREFORE ORDERED** that the Clerk send Petitioner a copy of this Recommendation, instruction forms for filing § 2255 motions in this Court and Motions for Authorization in the court of appeals, and four copies of § 2255 motion forms (more copies will be sent on request). Petitioner should keep the original and two copies of the § 2255 motion which can be submitted in this Court if Petitioner obtains approval from the Fourth Circuit.

/s/ P. Trevor Sharp
United States Magistrate Judge

Date: May 21, 2007